# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO. | 24-1794 |
|---|---|---|
| vs | DATE OF COMPLAINT | 10/25/24 |
| MOHAMAD HAMAD | CRIMINAL DOCKET NO. | |
| | DATE OF INDICTMENT | |
| | ORIGINATING DISTRICT (if applicable) | |

DATE ARRESTED: 10/30/24

## INITIAL APPEARANCE

| Presiding Magistrate Judge | ☐ BROWN  ☐ KELLY  ☐ PESTO | ☐ DODGE  ☐ LANZILLO  ☒ TAYLOR | Date: 10/30/24  Time: 4:15 PM | CD #:  Court Reporter: |

U. S. ATTORNEY: Carolyn Bloch          INTERPRETER: N/A

### 1. RIGHTS EXPLAINED

☐ Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

☒ Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

### 2. COMPLAINT/INDICTMENT/INFORMATION

☒ Read    ☒ Summarized    ☐ Reading waived

☒ Defendant provided with a copy of the charges

☐ Defendant to be provided with a copy of the charges as soon as possible

### 3. ACT & PENALTIES

☒ Read    ☒ Summarized    ☐ Reading waived

### 4. COUNSEL

☒ Defendant requested appointment    ☐ Defendant waived appointment

☒ Defendant represented by: Andrew Lipson, AFPD & Yemi Olaiya, AFPD

☐ Defendant expects to retain: _____

☒ Affidavit executed.

☐ Not Qualified    ☒ Qualified    ☐ With possible requirement for partial or full payment

☒ Federal Public Defender appointed

☐ CJA Panel Attorney _____ appointed

### 5. BAIL

Recommended Bond: _____

Bond Set at: $50,000 unsecured

☐ By Consent

☒ Additional Conditions Imposed: And memorialized in the Order Setting Conditions of Release

☐ By Magistrate Judge

☐ Temporary Commitment issued    ☐ Final Commitment issued

Bond/Detention Hearing set for: _____

### 6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/~~Rule 40/Arraignment~~ set for: 11/6/24 at 2PM before Magistrate Judge Kezia O. L. Taylor

WDPA Rev 06/24